JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON D. HARDIN, | Case No. CV 20-2685-CAS (PD) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R. C. JOHNSON, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: December 18, 2020.

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE